UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MCKAIN, | Case No.:  09-cv-5482-PVT |
| Plaintiff, | xxxxxxxxxxx] **ORDER ON STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| CARDWORKS SERVICING, LLC, | |
| Defendant. | |

     For the reasons set forth in the parties' January 19, 2010 Stipulation of Dismissal of Action with Prejudice ("Stipulation"), based upon a settlement agreement entered into between the parties, and good cause appearing, **THE TERMS OF THE PARTIES' STIPULATION ARE HEREBY ORDERED BY THIS COURT.** The Clerk of the Court is directed to close this case.

     **IT IS SO ORDERED.**

DATED: _____January 19, 2010_____

_Patricia V. Trumbull_
_____
THE HONORABLE PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE