UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MCKAIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARDWORKS SERVICING, LLC,<br><br>　　　　Defendant. | Case No.: 09-cv-5482-PVT<br><br>XXXXXXXXXXX] **ORDER ON STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

　　　For the reasons set forth in the parties' January 19, 2010 Stipulation of Dismissal of Action with Prejudice ("Stipulation"), based upon a settlement agreement entered into between the parties, and good cause appearing, **THE TERMS OF THE PARTIES' STIPULATION ARE HEREBY ORDERED BY THIS COURT**. The Clerk of the Court is directed to close this case.

　　　**IT IS SO ORDERED.**

DATED: January 19, 2010

　　　　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE